UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 1 0 2020

Nelson Rosario,

        Plaintiff,

—v—

El Nuevo Amanecer Restaurant Corp. and
Germania Bello,

        Defendants.

19-CV-6789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed his Complaint in this matter on July 22, 2019. Dkt. No. 1. Plaintiff filed affidavits of service indicating that El Nuevo Amanecer Restaurant Corporation's answer was due by August 21, 2019 and Germania Bello's answer due by August 23, 2019. Dkt. Nos. 5, 7. Neither Defendant filed a timely answer. On November 7, 2019, the individual defendant, Germania Bello, requested a *nunc pro tunc* extension for all Defendants to reply to the Complaint. The Court extended the reply deadline to December 12, 2019 and advised Ms. Bello that the corporate defendant cannot be represented *pro se* and must appear in this litigation only through counsel. Dkt. No. 13.

    As of this date, the Court is not in receipt of any reply to Plaintiff's complaint. Ms. Bello is advised that she must reply to the Complaint no later than January 31, 2020. El Nuevo Amanecer Restaurant Corporation must be represented in this proceeding by an attorney. If Ms. Bello intends to represent herself in this proceeding, she must file a Notice of Pro Se Appearance, available at https://nysd.uscourts.gov/sites/default/files/2018-

06/Notice%20of%20Prose%20Appearance.pdf. If the Defendants do not reply to Plaintiff's Complaint, they risk being found in default and the entry of judgment against them.

If the Defendants do not reply, Plaintiff must move for default judgment no later than February 14, 2020 pursuant to the Undersigned's Individual Practices in Civil Cases.

Within one week of this Order, Plaintiff must serve this Order on Defendants and file an affidavit of service on ECF.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge