UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nelson Rosario,

    Plaintiff,

—v—

El Nuevo Amanecer Restaurant Corp. and
Germania Bello,

    Defendants.

JAN 2 9 2020

19-CV-6789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 10, the Court ordered Defendants in this matter to reply to Plaintiff's Complaint no later than January 31, 2020. Dkt. No. 14. On January 24, the Court received a letter from Ms. Bello asking the Court to adjourn a conference being held on January 31, 2020.

The Court clarifies that there is no in-person conference scheduled for January 31, 2020. Pursuant to the Court's January 10 Order, January 31 is the date by which Defendants must respond to Plaintiff's Complaint.

This matter will be referred for General Pretrial Management to Judge Moses.

Within three days of this Order, Plaintiff must serve this Order on Defendants and file an affidavit of service on ECF. Plaintiff must also file an affidavit of service for the Court's January 10, 2020 Order.

The Court will also mail a copy of this order to the *pro se* Defendant, and that mailing will be noted on the public docket.

SO ORDERED.

Dated: January 28, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge