

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON ROSARIO,

    Plaintiff,

  -against-                              19-CV-6789 (AJN) (BCM)

EL NUEVO AMANECER REST. CORP.      **ORDER**
AND GERMANIA BELLO,

    Defendants.

**BARBARA MOSES, United States Magistrate Judge.**

       The Court conducted a status conference in this matter on November 2, 2020. Plaintiff appeared through counsel. Defendant Germania Bello appeared *pro se*, accompanied by her daughter Carmen Garcia, who had previously agreed to receive service on behalf of her mother at her own email address cgarcia@gordonschool.com, and who also assisted with translation on behalf of her mother, who speaks Spanish.

       Ms. Garcia acknowledged that she received the Court's earlier orders (via email from plaintiff's attorney, Abdul K. Hassan), but did not forward them to Ms. Bello. Ms. Garcia also acknowledged that she received communications from the New York Legal Assistance Group (NYLAG), but did not respond because she found the communications confusing. As a result, NYLAG was unable to match Ms. Bello with a pro bono lawyer to assist her at the Court-annexed mediation that was to take place by August 31, 2020, and the mediation did not occur.

       Ms. Bello informed the Court that she has not resided at the address she provided in her Answer (Dkt. No. 25 at 7) for approximately six months, and consequently has not received any of the orders that this Court mailed to her at that address. Ms. Bello provided her new address, which is 63 Hathaway Avenue, Providence RI 02907, and her telephone number, which is 401-347-4010. Ms. Bello stated that she does not have an email address.

       In light of Ms. Bello's *pro se* status, and with plaintiff's consent, the Court will issue a renewed mediation referral order, directing again that bilingual pro bono counsel be located to assist her at mediation, and that the mediation take place within the next three months.

       It is hereby ORDERED that Ms. Bello shall promptly complete and file the Notice of Change of Address form attached to this Order, confirming her updated contact information. Ms. Bello is hereby notified that if her contact information changes again, she must promptly update the Court by filing another Notice of Change of Address form, which can be found online at https://nysd.uscourts.gov/node/823.

       Ms. Bello is reminded that until further notice, pro se parties may file pleadings, letters, and other documents with the Court by using any of the following methods (1) **drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007; (2) **mail** the documents to the Pro Se Intake Unit in Room 105 in the

Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007; or (3) **email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

The Pro Se Intake Unit (telephone 212-805-0175) may be of assistance to *pro se* litigants in connection with court procedures.

The Clerk of Court is respectfully directed to update the docket to reflect Ms. Bello's new address and phone number, as follows:

    63 Hathaway Avenue
    Providence RI 02907
    401-347-4010

Chambers will mail a copy of this Order and the attached Change of Address form, along with the renewed mediation referral order to defendant Bello at her new address. Additionally, attorney Hassan is directed to serve a copy of this Order on defendant Bello by email, care of Carmen Garcia, at cgarcia@gordonschool.com, and to file proof of such service on the docket.

Dated: New York, New York
       November 3, 2020

                                    **SO ORDERED**.

                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**

IH-34                                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

\_\_\_\_\_CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

| Address | City | State | Zip Code |

| Telephone Number | E-mail Address (if available) |

| Date | Signature |