# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

March 12, 2021

Via ECF

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Rosario v. El Nuevo Amanecer Rest. Corp. et al</u>
   Case #: 19-CV-06789 (AJN)(BCM)
   Motion for Extension of Time

Dear Magistrate-Judge Moses:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the March 12, 2021 deadline for Plaintiff to file his motion for settlement approval to March 26, 2021. This request is being made because some additional time is needed to finalize the settlement papers. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**   Defendants via ECF

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 15, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

1