# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

March 26, 2021

**Via ECF**

Hon. Barbara C. Moses, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

<u>Re: Rosario v. El Nuevo Amanecer Rest. Corp. et al</u>
   Case #: 19-CV-06789 (AJN)(BCM)
   Motion for Extension of Time

Dear Magistrate-Judge Moses:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the March 26, 2021 deadline for Plaintiff to file his motion for settlement approval. This request is being made because we have not yet received the signed settlement papers from Defendants – based on recent communications we expect to receive the fully executed agreement shortly. One prior request for an extension of this deadline was made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC
  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**   Defendants via ECF

---

Application GRANTED. The motion for settlement approval and supporting documents shall be filed no later than **April 2, 2021**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 29, 2021

1