# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**August 5, 2021**

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>**Re: Rosario v. El Nuevo Amanecer Rest. Corp. et al**</u>
   **Case #:  19-CV-06789 (AJN)(BCM)**
   **Revised Settlement Agreement**

Dear Magistrate-Judge Moses:

      My firm represents plaintiff Nelson Rosario ("Plaintiff") in the above-referenced action, and I respectfully write to provide the Court with the attached revised settlement agreement between Plaintiff and Defendant Germenio Bello consistent with the discussions held with Your Honor at the April 9, 2021, conference. (See Ex. 1). Specifically, the corporate defendant has since been dismissed from the case (ECF No. 50), and this settlement is between Plaintiff and Defendant Bello.

      Therefore, it is respectfully requested that this Honorable Court approve the settlement agreement as fair and reasonable under the FLSA and *Cheeks*. (ECF No. 46).

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**