UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON ROSARIO,

    Plaintiff,

-against-

GERMANIA BELLO,

    Defendant.

19-CV-6789 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/21

**BARBARA MOSES, United States Magistrate Judge**.

    The Court has received and reviewed plaintiff's letter dated August 5, 2021 (Dkt. No. 54), seeking approval of the parties' fully-executed Settlement Agreement (Ag.) (Dkt. No. 54-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    Having reviewed the terms of the Agreement, the Court finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 199, and its progeny.

    Accordingly, the proposed settlement is **APPROVED**. The Court declines to retain jurisdiction.

    It is hereby **ORDERED** that this action is **DISMISSED** with prejudice and without costs.

    The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       August 6, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**